UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL RAMOS-QUIROZ, | No. 1:24-cv-00701-JLT-SAB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| UNITED STATES OF AMERICA, | (ECF No. 2) |
| Defendant. | ORDER DISREGARDING MOTION FOR ADMINISTRATIVE RELIEF FILED BY DEFENDANT |
| | (ECF No. 9) |

The instant action was transferred to this Court by the United States Court of Federal Claims. (ECF No. 1.) Plaintiff filed also an application to proceed in forma pauperis. (ECF No. 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

On August 16, 2024, Defendant filed a motion for administrative relief seeking an extension of time to file a responsive pleading if a response is currently due. (ECF No. 9.) However, because Plaintiff is proceeding in forma pauperis the Court must screen Plaintiff's complaint prior to ordering a responsive pleading, and Defendant's motion for administrative

relief is unnecessary.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is granted; and
2. Defendant's motion for administrative relief (ECF No. 9) is disregarded as unnecessary.

IT IS SO ORDERED.

Dated:  **August 22, 2024**

UNITED STATES MAGISTRATE JUDGE