UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL RAMOS-QUIROZ,<br><br>              Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | No. 1:24-cv-00701-JLT-SAB (PC)<br><br>ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT<br><br>(Doc. 20) |

The instant action was transferred to this Court by the United States Court of Federal Claims. (Doc. 1.) Plaintiff filed the operative complaint on September 16, 2024. (Doc. 13.) On January 23, 2025, the Magistrate Judge issued Findings and Recommendations, recommending the Plaintiff's complaint be dismissed because the Court is barred by 8 U.S.C. § 1252(g) from considering the consequences he suffered caused by his removal from this country. Thus, the Magistrate Judge determined that the complaint failed to state a cognizable federal claim. (Doc. 15.) On May 21, 2025, having considered Plaintiff's objections (Doc. 13), the Court adopted the Findings and Recommendations in full and dismissed the action. (Doc. 18.) Judgment entered the same day. (Doc. 19.)

On December 22, 2025, Plaintiff filed a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b), arguing that Findings and Recommendations were served

1

on him at the wrong address. (Doc. 20.) The motion is without merit. As the docket indicates, the Findings and Recommendations, which issued on January 23, 2025, were initially served on Plaintiff that same day by U.S. Mail to his then address of record in San Diego, California. (*See* Doc. 15; *see also* Docket.) Shortly thereafter, on February 12, 2025, the Court received a notice of change of address from Plaintiff, prompting the Court to change his address of record to one in Perris, California. (Doc. 16.) The Court then immediately re-served the Findings and Recommendations on Plaintiff at that new address in Perris. (*See* Docket.) Moreover, On February 13, 2025, Plaintiff filed objections to the Findings and Recommendations, the content of which demonstrate that he indeed received a copy of the Findings and Recommendations. (Doc. 17.) As mentioned, the Court considered those objections before dismissing the case. Because there has been no lack of notice and because Plaintiff offers no other ground for reconsideration of the dismissal order or judgment, his motion is **DENIED**. The case shall remain **CLOSED**.

IT IS SO ORDERED.

Dated:   **February 11, 2026**

UNITED STATES DISTRICT JUDGE

2